ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 24 2010

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | |
| JEFFREY N. HERNANDEZ | 1:10-CR-372 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 4, 2009, in the Northern District of Georgia, the defendant, JEFFREY N. HERNANDEZ, knowingly distributed one or more visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

### COUNT TWO

Beginning on a date unknown to the Grand Jury, but at least by November 23, 2009, in the Northern District of Georgia, the defendant, JEFFREY N. HERNANDEZ, knowingly received one or more visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in

interstate and foreign commerce, by an means, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

### COUNT THREE

Beginning on a date unknown to the Grand Jury, but at least by November 23, 2009, in the Northern District of Georgia, the defendant, JEFFREY N. HERNANDEZ, knowingly possessed a computer which contained one or more visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section, 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

A ___True Bill___ BILL

_____
FOREPERSON


SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_____
BRENT ALAN GRAY
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6077
404/581-6181 (fax)
Georgia Bar No. 155089

2