IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:10-CR-372-WBH-LTW |
| | : | |
| JEFFREY N. HERNANDEZ | : | |

GOVERNMENT'S MOTION FOR CONTINUANCE

COMES NOW the United States of America, by Sally Quillian Yates, United States Attorney for the Northern District of Georgia, and Brent Alan Gray, Assistant United States Attorney, and hereby files this motion to continue the Evidentiary hearing. In support of its motion, the Government states as follows:

1.

An Evidentiary hearing is currently set before this Court on October 26, 2010, at 10:00 a.m.

2.

The undersigned counsel is scheduled to appear before the Grand Jury for several hours on the morning of October 26, 2010. He intends to call several witnesses, including lay persons who have already been subpoenaed to appear.

3.

Counsel for the Government has communicated this request to Courtney Lollar, counsel for Defendant, and she does not oppose a

continuance of the scheduled Evidentiary hearing.

4.

In light of the foregoing and for good cause shown, the parties respectfully request that the Court continue the Evidentiary hearing to a date after October 26, 2010.

WHEREFORE, the Government respectfully requests that the Court GRANT this motion and enter an Order continuing the Evidentiary hearing.

>Respectfully submitted,
>
>SALLY QUILLIAN YATES
>UNITED STATES ATTORNEY
>
>/S/ BRENT ALAN GRAY
>ASSISTANT UNITED STATES ATTORNEY
>600 Richard B. Russell Bldg.
>75 Spring Street
>Atlanta, Georgia 30303
>(404)581-6077
>(404)581-6181 (Fax)
>Georgia Bar No. 155089

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing motion and proposed Order by electronic filing:

Courtney Lollar, Esq.

This 18th day of October, 2010.

*/S/* BRENT ALAN GRAY
ASSISTANT UNITED STATES ATTORNEY